**Benjamin H. ZIMMER, Appellant, v. William LEVINSON, Appellee.**

**No. 11273.**

Circuit Court of Appeals, Ninth Circuit.

April 29, 1946.

Grainger & Hunt, of Los Angeles, Cal., for appellant.

Chas. I. Rosin, of Los Angeles, Cal., for appellee.

Before MATHEWS, HEALY, and ORR, Circuit Judges.

PER CURIAM.

Upon motion of the appellee to dismiss appeal herein and good cause therefor appearing, it is ordered that said motion be, and hereby is granted, and that the appeal in this cause be, and hereby is dismissed for failure of appellant to prosecute the appeals, without costs to either party, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.